DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARLISTER S. RUSH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2307

[November 21, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; 502013CF005691A, Judge; L.T. Case No. John S. Kastrenakes.

Arlister S. Rush, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***